United States District Court
For the Northern District of California

1

2                          IN THE UNITED STATES DISTRICT COURT

3                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                  SAN FRANCISCO DIVISION

5

6    GREGORY S. MCBRIDE and                         No. C 12-04054 RS
     CONCETTA MCBRIDE,
7
                 Plaintiffs,                         **ADMINISTRATIVE ORDER RE:** *EX*
8                                                    *PARTE* **APPLICATION FOR**
          v.                                         **TEMPORARY RESTRAINING**
9                                                    **ORDER AND ORDER TO SHOW**
     FIRST CALIFORNIA MORTGAGE                       **CAUSE**
10   COMPANY; LUMINENT MORTGAGE
     LOAN TRUST 2006-6; HSBC BANK, N.A.;
11   MORTGAGE ELECTRONIC
     REGISTRATION SYSTEMS ("MERS");
12   AURORA SERVICING COMPANY, and
     DOES 1-20, Inclusive, et al.,
13
                 Defendants.
14   _____/

15

16        In this recently filed mortgage foreclosure action, plaintiffs Gregory and Concetta McBride

17   apply, on an *ex parte* basis, for a temporary restraining order (TRO), or an order to show cause as to

18   why a preliminary injunction should not issue.  Specifically, plaintiffs request a restraining order

19   against defendants enjoining them from transferring ownership of or further encumbering the

20   property at issue, 471 Monterey Salinas Hwy, Salinas, California 93908.  Because plaintiffs'

21   application does not represent that the threatened foreclosure sale is imminent, defendants may, if

22   they so elect, file an opposition brief of up to five typed pages (excluding exhibits and supporting

23   materials) by 5pm on Tuesday September 18, 2012.  Absent further Court order, the request will

24   then be adjudicated without a hearing, pursuant to N.D. Cal. Civil Local Rule 7-1(b).

25        IT IS SO ORDERED

26

27   Dated: 9/17/12

28                                                   _____
                                                     RICHARD SEEBORG
                                                     UNITED STATES DISTRICT JUDGE

                                                                        No. C 11-03079 RS
                                                                        ORDER

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

No. C 11-03079 RS
ORDER