IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY S. MCBRIDE and CONCETTA MCBRIDE,<br><br>      Plaintiffs,<br><br>  v.<br><br>FIRST CALIFORNIA MORTGAGE COMPANY; LUMINENT MORTGAGE LOAN TRUST 2006-6; HSBC BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ("MERS"); AURORA SERVICING COMPANY, and DOES 1-20, Inclusive, et al.,<br><br>      Defendants. | No. C 12-04054 RS<br><br>**ADMINISTRATIVE ORDER RE: *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

In this recently filed mortgage foreclosure action, plaintiffs Gregory and Concetta McBride apply, on an *ex parte* basis, for a temporary restraining order (TRO), or an order to show cause as to why a preliminary injunction should not issue. Specifically, plaintiffs request a restraining order against defendants enjoining them from transferring ownership of or further encumbering the property at issue, 471 Monterey Salinas Hwy, Salinas, California 93908. Because plaintiffs' application does not represent that the threatened foreclosure sale is imminent, defendants may, if they so elect, file an opposition brief of up to five typed pages (excluding exhibits and supporting materials) by 5pm on Tuesday September 18, 2012. Absent further Court order, the request will then be adjudicated without a hearing, pursuant to N.D. Cal. Civil Local Rule 7-1(b).

IT IS SO ORDERED

Dated: 9/17/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-03079 RS
ORDER