IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY S. MCBRIDE and CONCETTA MCBRIDE,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA SERVICING COMPANY et al..,<br><br>Defendants._____/ | No. C 12-04054 RS<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANTS HAVE NOT BEEN SERVED PROPERLY** |

Plaintiffs have twice moved for entry of default against the three defendants who have not yet appeared in this case. That request has been denied by the Clerk's Office twice. Upon receiving notice of declination of entry of default, plaintiff has neither sought to correct the problem in service nor moved for reconsideration of the declination. Accordingly, plaintiffs are ordered to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs are hereby directed to file a written response to this order by May 24, 2013 explaining why defendants have not yet been served properly. A hearing will be held to determine whether good cause has been shown on May 30, 2013 at 1:30 p.m. Failure to respond to this order will result in dismissal of this action.

The Case Management Conference scheduled for May 2, 2013 is hereby vacated.

IT IS SO ORDERED.

Dated: 4/26/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 12-04054 RS
ORDER